50532. JOHNSON et al. v. GEORGIA DIAGNOSTIC & CLASSIFICATION CENTER.

WEBB, Judge.

There being sufficient competent evidence in this workmen's compensation case to support the award of the board in favor of the claimant, the superior court erred in not affirming the award under the "any evidence" rule.

*Judgment reversed. Bell, C. J., and Marshall, J., concur.*

SUBMITTED APRIL 7, 1975 — DECIDED APRIL 11, 1975.

*Swift, Currie, McGhee & Hiers, Charles L. Drew,* for appellant.

*Arthur K. Bolton, Attorney General, Robert S. Stubbs, II, Executive Assistant Attorney General, Don A. Langham, Alfred L. Evans, Jr., W. Hensell Harris, Jr., Assistant Attorneys General,* for appellee.